UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HORTON ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CONVERGENT OUTSOURCING, ) <br> INC, ) <br> ) <br> Defendants. ) | Case No.: 2:22-CV-01048-DAD-JDP <br><br> ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL |

Based on the motion of attorney Kenneth A. Ohashi to withdraw as counsel for Defendant Convergent Outsourcing, Inc. ("COI"), and good cause appearing therefore,

It is hereby ORDERED that Kenneth A. Ohashi is withdrawn as counsel in this matter, and James Schultz is designated as counsel of record in his place.

IT IS SO ORDERED.

Dated:   October 5, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE